# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD SCOTT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CONDIE, *et al.*,<br><br>　　　　　　Defendants. | Case No.  1:24-cv-01403-JLT-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 6)<br><br>**Objections Due: December 16, 2024** |

Plaintiff Floyd Scott ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 18, 2024, the Court issued findings and recommendations recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be ordered to pay the $405.00 initial filing fee in full to proceed with this action. (ECF No. 5.)  Plaintiff was directed to file any objections to the findings and recommendations within fourteen days.  (*Id.*)

On December 2, 2024, Plaintiff filed a motion for a ten-day extension of time to file his objections.  (ECF No. 6.)  Plaintiff states that the prison library's copy machine is not working and there is an upcoming four-day weekend due to the Thanksgiving holiday.  (*Id.*)

The Court finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6.  Plaintiff will be permitted until December 16, 2024 to file his objections.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time, (ECF No. 6), is GRANTED; and
2. Plaintiff shall file his objections to the November 18, 2024, findings and recommendations, (ECF No. 5), on or before **December 16, 2024**.

IT IS SO ORDERED.

Dated:   **December 3, 2024**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2